Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR  97402
Telephone:  541-687-9180
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM GILLIAM, | Case No. 6:25-CV-00492-AP |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |
| DANIEL C. MILLER, | |
| Defendant. | |

Plaintiff respectfully requests that the Court extend the deadline for plaintiff's response to defendant's summary judgment motion (Dkt #s 13, 14), from the current deadline of February 2 to February 15, 2026. Defendants do not oppose this request. The reason for the request is that undersigned counsel has several other brief deadlines between now and January 6.

Respectfully submitted January 20, 2026.

       /s/  Marianne Dugan
Ms. Marianne Dugan (she/her)
OSB # 932563
Email:  mdugan@cldc.org

CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR  97402
Telephone:  541-687-9180

PAGE  1  - UNOPPOSED MOTION FOR EXTENSION