Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ADAM GILLIAM, | Case No. 6:25-CV-00492-AP |
| Plaintiff, | DECLARATION OF MARIANNE DUGAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DANIEL C. MILLER, | |
| Defendant. | |

    1.    My name is Marianne Dugan, and I am plaintiff's attorney in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

    2.    Attached to this Declaration are the following Exhibits:

Exhibit A – Excerpts from transcript of deposition of Plaintiff Gilliam;

Exhibit B -- Excerpts from transcript of deposition of Defendant Miller

Exhibit D – Defendant Miller's police report

    3.    The following exhibit will be submitted on a flash drive –

Exhibit C – Defendant Miller's bodycam recordings from the encounter with Plaintiff.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 17th day of February, 2026.

                                                         /s/ Marianne Dugan
                                                        Marianne Dugan