UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


ADAM GILLIAM,                    ) No. 6:25-cv-00492-MTK

              Plaintiff,         )

     v.                          )

DANIEL C. MILLER,                )

              Defendant.         )


DEPOSITION OF ADAM GILLIAM

October 23, 2025

Thursday

9:30 A.M.


THE VIDEO-RECORDED DEPOSITION OF ADAM GILLIAM was taken at CC Court Reporting & Videoconferencing, 440 East Broadway, Suite 160, Eugene, Oregon, before Sara Fahey Wilson, CSR/CCR, Certified Shorthand Reporter in and for the State of Oregon and Washington.

EXHIBIT A

```
 1        Q.    Okay.

 2              How long had she owned that business

 3    before this incident, if you know?

 4        A.    I believe she started it that year.

 5        Q.    Had she opened the doors yet at the time

 6    of this?

 7        A.    Yes.

 8        Q.    Okay.

 9              Do you have any children?

10        A.    Does she have any children?

11        Q.    Do you?

12        A.    Yes, I do.  I have a son.

13        Q.    Okay.

14              How old is he?

15        A.    He's 19 now.

16        Q.    What's his name?

17        A.    Devaunte.

18        Q.    And is he local?

19        A.    He lives with me.

20        Q.    Is he working?  In school?

21        A.    He's going to go back to school.

22        Q.    I'm sorry.

23              He's going to go back to school?

24        A.    Yes.

25        Q.    Okay.
```

EXHIBIT A

Adam Gilliam

21

```
1              Where at?
2       A.     Lane Community College.
3       Q.     Did he already start there once?
4       A.     Excuse me?
5       Q.     Did he start there once, or --
6       A.     No.  He's -- when he graduated he wanted
7   to take some time off because he was tired of going
8   to school, so, you know, when he's ready he said
9   he's going to go to college.
10      Q.     Okay.
11             Does he have any professional goals or
12  plans?
13      A.     He actually wants to get into real estate,
14  I believe he said.  That was his last -- yeah, real
15  estate.
16      Q.     Okay.
17             Any military service?
18      A.     No, sir.
19      Q.     What's your highest level of education?
20      A.     I have a GED.
21      Q.     Okay.
22             Are you currently employed?
23      A.     I have -- I collect disability.  I do
24  dialysis three times a week Monday, Wednesday,
25  Friday, and so I'm pretty much tied up for 13 1/2
```

EXHIBIT A

```
 1   mean, not email -- I tried texting him.  I tried
 2   calling him.  I tried Facebook messaging it.  Again,
 3   I went through his girlfriend -- his ex-girlfriend,
 4   Ashland, to try to get ahold of him.  And it was
 5   actually her who told me where I can locate him.
 6   She was actually the person who told me where I
 7   could locate him.
 8        Q.    Yeah.
 9              And when you were going to Coburg what was
10   your plan?
11        A.    To ask him about the money that -- the
12   money owed and why he didn't do the job and when he
13   was going to pay it back.  Because the floor had
14   already been done.
15        Q.    And had he responded to you at any time
16   explaining why he had taken so long?
17        A.    He told me he had got high, that he used
18   the money to get high.  He was partying.  Those were
19   his words.
20        Q.    How long before this incident did he tell
21   you that?
22        A.    Excuse me?
23        Q.    How long before this incident did he tell
24   you that?
25        A.    He told me that the day I went to see him.
```

EXHIBIT A

```
1    He told me that face-to-face.
2         Q.    Okay.
3               So the day you got there he told you that
4    in person?
5         A.    Yes.
6         Q.    Okay.
7               Did he ever tell you that he was using the
8    money to get high before you got there?
9         A.    No.  We had no -- he wouldn't respond to
10   my messages.
11        Q.    All right.
12              What was your plan once getting to Coburg
13   if he didn't have the money?
14        A.    Again, I asked him when could he pay me.
15   That's what I asked him.  I said, "When can you
16   repay this money back?"
17        Q.    Okay.
18              Were you going to get any collateral?
19        A.    No.  He offered -- he offered -- he
20   actually offered me the keys to his truck.  I told
21   him I didn't want it.  I just wanted to know when
22   would be a time that he could repay the money.
23        Q.    Did you get that information from him?
24        A.    Excuse me?
25        Q.    Did you get that information from him?
```

EXHIBIT A

Adam Gilliam

1      A.    No.

2            About that time is when the mother came

3      out -- his adopted boys' stepmom came out.

4      Q.    All right.

5            How long had you been talking to Simon

6      Gayles before police arrived?

7      A.    Before his mom came out?

8      Q.    Before police arrived.

9      A.    I might have had probably like a five or

10     six-minute conversation, and then I had a

11     conversation with his mother, and then I had -- her

12     and I talked for about seven minutes listening to

13     her grievances against him.  And then I talked to

14     the neighbor for about two or three minutes, and

15     that's probably about the time I turned around and

16     seen the police.

17     Q.    All right.

18           So all in maybe 15 to 20 minutes?

19     A.    Yes.

20     Q.    All right.

21           So let's break those down into parts then.

22     The five to six-minute conversation with Simon --

23     A.    Yes.

24     Q.    -- you get there.  He's probably surprised

25     to see you.  Is that fair?

EXHIBIT A

1    A.    Yes.

2    Q.    Okay.

3          Tell me about the conversation with him.

4    A.    So I said, Look -- when he first seen me

5    he tried to -- like he was going to run.  I'm like,

6    Look, I'm not -- I'm trying to talk to you about the

7    money that you owe.  I'm not here to fight you.  I'm

8    not any of that.  Everything was a calm

9    conversation.  He was agitated.  Of course, I mean,

10   I guess I would have been too if I was in his

11   situation.

12         He apologized.  That's when he told me he

13   went out and got high.  He had relapsed, and all

14   this on stuff.

15         And I'm like, I understand so -- but

16   that's still not telling me about the $2,000 that

17   you were given for a job you didn't do.

18         And he says, "Well, I can work it off."

19         "No, you can't, because I don't want you

20   to do anything for me because you showed you were

21   unreliable.  All right.  So when can you give me the

22   money?"

23         And he says, "I don't have a job right

24   now," he said, "but I can give you the keys and the

25   title to my truck to pay you off."

EXHIBIT A

1          And I said, "I don't want that."

2               MS. DUGAN:  Slow down.

3      A.    "I don't want those things.  I just want

4  to know when can you pay my money."

5               That's when his mom came out.  And his mom

6  asked me what was going on.

7  BY MR. MURDOCK:

8      Q.    All right.

9               So let's switch over to the mom or

10  stepmom.

11      A.    The stepmom.

12      Q.    Do you happen to know her name?

13      A.    I do not.

14      Q.    Okay.

15               Had you met her before?

16      A.    No.  Never.

17      Q.    Okay.

18               Tell me about the seven-minute

19  conversation with her then.

20      A.    Well, that started with her yelling at him

21  telling her [sic] -- that she's tired of his --

22  expletives -- you know what I'm saying? -- and

23  bringing problems to the house, that he had to

24  leave, that he was no longer welcome there.  Then

25  she asked me again what the issue was, and her and

EXHIBIT A

1    I -- I described the issue.

2              And she said that wasn't the first time

3    that something like this has come up with Simon.  He

4    has a history of it.

5              And, again, I apologized to her for coming

6    to her house unannounced and without her permission

7    and bringing unwanted attention and drama, but this

8    is the only time I could talk to him because he had

9    been avoiding my calls and my messages, and so when

10   I had the opportunity I seized the opportunity that

11   was presented to me.

12             She said she understood and that she

13   didn't hold me at fault and she didn't blame me for

14   it.  She went into the house.  Simon came back out

15   of the house looking very skittish.  Took off

16   running.  Dropped his wallet.  I picked his wallet

17   up.  The neighbor came out of the house.  That's

18   when the neighbor and I started having a

19   conversation.

20        Q.    Okay.

21             When he -- strike that.

22             Where were you standing when Simon came

23   out?

24        A.    I was at the front of the driveway by the

25   sidewalk.

EXHIBIT A

1     Q.    Okay.

2           Had the stepmom walked out the driveway to

3     kind of meet you?

4     A.    She walked out -- I was -- because I had

5     parked in the driveway, so I was standing by my

6     truck at the time, and she came out and talked to me

7     right there, yes.

8     Q.    Okay.

9           Is that the same spot you were when you

10    were talking to Simon?

11    A.    Yes.

12    Q.    Okay.

13          And so while you were talking to the

14    stepmom Simon had gone back inside?

15    A.    Yes.

16    Q.    Okay.

17    A.    And presumably that's when he had made the

18    call to the police.

19    Q.    Okay.

20          You never -- you didn't see him while he

21    was on the phone?

22    A.    No, sir.

23    Q.    When he came back out was he on the phone?

24    A.    No, sir.  Not that I recall.

25    Q.    Okay.

EXHIBIT A

1      A.    He could have been.  I just remember him

2   screaming, "Don't hit me, don't hurt me," and

3   running, and that was it.  Dropping his wallet.  I

4   picked up his wallet.  The neighbor came out of the

5   house when the neighbor heard the commotion.  I was

6   talking to the neighbor.  Me and the neighbor

7   talking.  I see the neighbor glance like this

8   (indicating) while we're talking, so when he

9   glanced, you know, I glanced and there was Officer

10  Miller.

11     Q.    Got it.

12           When Simon came out running did you see

13  him holding the wallet, or did it just fall out of

14  somewhere --

15     A.    I believe it fell out of his pocket -- out

16  of his jacket pocket.

17     Q.    How far away was he from you when he

18  dropped the wallet?

19     A.    Maybe about 4 or 5 feet.

20     Q.    Do you know why he ran kind of close by

21  you instead of taking a different route?

22     A.    I believe that was the only route he could

23  have taken was go by.  Whichever way he ran he would

24  have to go by me --

25     Q.    Okay.

EXHIBIT A

1       A.     -- because of where I was positioned.

2       Q.     Okay.

3              And I'm sorry if you already said this.

4   Do you recall what Simon was saying as he ran by?

5       A.     Him yelling, "Don't hurt me.  Please don't

6   hit me."

7       Q.     I see.  Okay.

8              All right.  To get his wallet you had to

9   move about 4 to 5 feet to go pick it up?

10      A.     Excuse me?

11      Q.     To get his wallet you had to move 4 to 5

12  feet to pick it up?

13      A.     Yes.

14      Q.     Okay.

15             Did you have any discussions with the

16  neighbor about that?

17      A.     About me picking up his wallet?

18      Q.     Yes.

19      A.     That's when I said, "He dropped his

20  wallet," you know, and the neighbor didn't want it

21  so I was still holding onto it when the police

22  showed up.

23      Q.     Where was the stepmom at that point in

24  time?

25      A.     She went back inside.

EXHIBIT A

1    Q.   Did you yell anything to Simon about his
2    wallet?
3    A.   No, I didn't yell at him at all --
4    anything at all.
5    Q.   Okay.
6         Did you see where he ran off to?
7    A.   No.  He turned the corner.  I think it
8    was -- he turned left around the corner -- I want to
9    say left but I'm not sure, I can't remember, but I
10   believe it was a left around the corner.
11   Q.   All right.
12        And your discussion with the neighbor I
13   think you said was two to three minutes.  Is that
14   right?
15   A.   Excuse me?
16   Q.   Your discussion with the neighbor was two
17   to three minutes.  Is that right?
18   A.   Yes.
19   Q.   Okay.
20        And anything that you remember you guys
21   discussed?
22   A.   Not really.  Just pretty much me saying --
23   I'm telling him -- you know, I'm saying I didn't
24   mean to cause a disturbance.  You know, I mean,
25   because he came out of the house when Simon ran

EXHIBIT A

1  yelling, and I'm like, "I apologize for the

2  disturbance."  And he said he's kind of used to that

3  with Simon, and was talking general conversation.

4  And that was basically it.

5          Q.    And I may have got this down wrong before.

6  Were you already talking to the neighbor at the time

7  Simon ran out, or did he come out --

8          A.    No.  He came out after Simon ran out.

9          Q.    Okay.

10              After the stepmom went back inside what

11  were you doing out in the driveway?

12          A.    I -- actually, I was just standing there

13  because I was waiting for Simon to come back out,

14  honestly.

15          Q.    Did he tell you why he went inside?

16          A.    No, he didn't.

17          Q.    Okay.

18              Why didn't you follow him in?

19          A.    Why didn't I follow him?  Because it's not

20  my house.

21          Q.    Okay.

22          A.    And I was not invited inside.

23          Q.    So you were planning on just waiting in

24  the driveway?

25          A.    I was -- yes, I was waiting for him to

EXHIBIT A

1    come back out.

2          Q.    Did he tell you he was coming back out?

3          A.    He said he'd be -- he said -- he's like,

4    "I'll be back in a minute."  Those are his words,

5    "I'll be back in a minute."

6          Q.    Okay.

7                Did you tell Simon anything that would

8    happen if he didn't pay?

9          A.    No, sir.

10         Q.    Did you ever have a discussion with Simon

11   about what would happen if he didn't pay?

12         A.    No, sir.

13         Q.    All right.

14               Did you ever, in any of those

15   correspondence before you got there, threaten him in

16   any way?

17         A.    I never threatened him.

18         Q.    Did Analise?

19         A.    No, not that I know of.  I don't -- I'm

20   not -- like I say, I'm not aware of any threats

21   because I'm not privy to the conversations that him

22   and her had.

23         Q.    Do you know why Simon was acting this way?

24         A.    He was high.

25         Q.    He was high at the time?

EXHIBIT A

```
1          A.    Yes.

2          Q.    Okay.

3                How do you know that?

4          A.    He actually told me that when I seen him

5    at the apartment complex.

6          Q.    Okay.

7                So five months ago he told you that?

8          A.    Yes.  He said -- when he apologized for

9    calling the police on me, he said, "Man, I was high.

10   I apologize.  I didn't mean for this to happen."

11               And that's when I said, "Hey, don't talk

12   to me.  The next time you see me act like you don't

13   see me, because if you speak to me I'm going to take

14   it as you want to fight."

15         Q.    Okay.

16               Did you know he was high that day?

17         A.    I knew he was agitated.  I didn't know he

18   was -- I don't do drugs.  I mean, I've seen people

19   on drugs -- on different drugs -- but then I've seen

20   people on the same drugs that he said he was on and

21   they didn't act that way, so no.

22         Q.    What drugs did he say he was on?

23         A.    He said he was on meth.

24         Q.    Did you know Simon was a meth user before

25   that?
```

EXHIBIT A

1      A.     No, I did not.

2      Q.     Did you know Simon was -- and I'm going to

3   restate this with a little more detail.  Did you

4   know Simon was a meth user before five months ago?

5      A.     No, I did not.  No.  Correction.  I seen

6   it in the police report.  That would be a lie.  I

7   tell a lie.

8      Q.     All right.

9             So the timeline here, we think Simon went

10  inside and called the police.  Right?

11     A.     Uh-huh.

12     Q.     And then Sergeant Miller is the first

13  person you saw --

14     A.     Yes.

15     Q.     -- at his vehicle holding a long gun of

16  some sort.  Right?

17     A.     Yes.

18     Q.     And you were talking to the neighbor at

19  that point?

20     A.     Yes.

21     Q.     And you were holding the black wallet?

22     A.     Yes.

23     Q.     Okay.

24            Does it sound about right that you guys

25  were about 100 yards apart at that point, you and

EXHIBIT A

Adam Gilliam

1    Sergeant Miller?

2        A.    I couldn't be aware -- I couldn't be sure

3    of the distance.  I'm not going to -- it could have

4    been.  I'm not sure.

5        Q.    Okay.

6              Regardless, he gives some commands.  You

7    comply?

8        A.    Yes.

9        Q.    They move up and get you in handcuffs.

10   Right?

11       A.    Yes.

12       Q.    Okay.

13             No incidents through all that?

14       A.    No.

15       Q.    Okay.

16             All right.  And when you were cuffed they

17   took you to the car.  Is that right?

18       A.    They patted me down first.

19       Q.    Okay.

20             All right.  No weapons?

21       A.    No weapons.

22       Q.    Then took you to the car?

23       A.    Yes.

24       Q.    Do you know if they got your version of

25   events at that point or later on?

EXHIBIT A

Adam Gilliam

48

1    A.    They did what?

2    Q.    Get your version of events at that point?

3    A.    Yes, they asked me.

4    Q.    Okay.

5          And similar to what we've already

6    discussed today?

7    A.    Yes.

8               THE REPORTER:  If you could wait for

9    the end of the question, please.

10   BY MR. MURDOCK:

11   Q.    It's natural to anticipate where I'm

12   going.  Just try to hang out.

13         All right.  And you understood then they

14   were going to go out, once they put you in the car,

15   to go investigate.  Is that right?

16   A.    Yes.

17   Q.    Okay.

18         And were you able to see Sergeant Miller

19   while he was out there investigating at all from the

20   car?

21   A.    I seen him a couple times, yes.

22   Q.    Do you remember what he was doing when you

23   did see him?

24   A.    The one time I remember seeing I believe

25   he was talking to Simon, and then the other time was

EXHIBIT A

1    when he came and put another pair of cuffs on me.

2         Q.    Okay.

3               You were having some discomfort.  Right?

4         A.    Right.  I had just had dialysis that day

5    and the cuffs -- I have, you know, a broader back,

6    and the cuffs was -- the way they had it, it was

7    putting a strain on my shoulder.

8         Q.    And so the second set of cuffs kind of

9    loosened it up a little bit for you?

10        A.    Yes.

11        Q.    Okay.

12        A.    And then that procedure, they patted me

13   down -- Sergeant Miller patted me down himself that

14   time and, again, no weapons were found.

15        Q.    Okay.

16              Did you ever listen to the audio from the

17   911 call?

18        A.    No, sir.

19        Q.    While you were on scene were you ever

20   advised of why they came guns drawn?

21        A.    Yes, sir.

22        Q.    What were you told?

23        A.    Because they had a phone call of a Black

24   male with a gun at the residence.

25        Q.    Was there a pretty big response from law

EXHIBIT A

1    enforcement at the start?

2        A.    Well, I believe the sheriff's department

3    showed up as well as the state patrol.

4        Q.    Do you have any estimate for how many law

5    enforcement folks you saw at that point?

6        A.    Excuse me?

7        Q.    Do you have any estimate for how many law

8    enforcement folks you saw at that point?

9        A.    I believe it was two sheriffs.  Maybe

10   five, I believe -- four or five.

11       Q.    Okay.

12             And then did some of them leave after that

13   first, kind of, discussion?

14       A.    I believe the state troopers left first,

15   and then when they released me the sheriffs and

16   Sergeant Miller left.

17       Q.    Okay.

18             You said you were told why they had guns

19   drawn.  Are you upset that they had guns drawn on

20   you?

21       A.    Excuse me?

22       Q.    Are you upset that the police had guns

23   drawn on you?

24       A.    Very much, yes.

25       Q.    Okay.

EXHIBIT A

```
 1   State of Oregon      )
                          )        ss.
 2   County of Lane       )

 3

 4        I, Sara Fahey Wilson, CSR, a Certified Shorthand

 5   Reporter for the State of Oregon, certify that the

 6   witness was sworn and the transcript is a true

 7   record of the testimony given by the witness; that

 8   at said time and place I reported all testimony and

 9   other oral proceedings had in the foregoing matter;

10   that the foregoing transcript consisting of 121

11   pages contains a full, true and correct transcript

12   of said proceedings reported by me to the best of my

13   ability on said date.

14        If any of the parties or the witness requested

15   review of the transcript at the time of the

16   proceedings, such correction pages are attached.

17        IN WITNESS WHEREOF, I have set my hand this 6th

18   day of November 2025, in the City of Eugene, County

19   of Lane, State of Oregon.

20

21

22   _____

23   Sara Fahey Wilson, CSR

24   CSR No. 06-0400

25   Expiration Date:  March 31st, 2026
```

EXHIBIT A