


# Coburg Police Department
91069 N. Willamette St.
Coburg, OR 97408
OFFICE (541) 682-7853    FAX (541) 485-0655

## Use of Force Report

**REPORTING OFFICER:** Dan Miller
**CASE NUMBER:** C20230045

### Administrative Information:
- **Incident Type:** Menacing
- **Occurred Date/Time:** 3/25/23 @ 1635 (2100 crossed out)
- **Reported Date/Time:** 3/25/23 @ 1635
- **Investigated Date/Time:** 3/25/23 @ 1635
- **Location:** 91120 N. Coleman St.
- **City:** Coburg
- **State:** OR
- **Beat:** 2

### Involved Persons:
- **Inv Type:** S
- **Inv Name (Last, First, Middle):** Gilliam, Adam Fredrick
- **Date of Birth:** 8/6/73
- **Race:** B
- **Sex:** M
- **Address:** 1072 Main St. Apt #307
- **City:** Springfield
- **State:** OR
- **Zip:** 97477
- **Phone:** 541-514-3840

### Elements of Contact:
- Use of force used: ☐ Yes ☐ No  ☒ Subject was arrested without incident and complied with verbal orders  ☒ Handcuffs app. and checked for proper fit
- ☐ Subject actively resisted during arrest  ☐ Subject passively resisted during arrest  ☐ Subject resisted during Transport
- ☐ Threat of force used to gain compliance:  ☐ Taser  ☐ OC  ☐ Duty Weapon  ☐ Other: (rifle) Display  Effective: ☒ Yes ☐ No

**RESISTIVE CONDITIONS:** (Check all that apply) ☐ Hostile ☐ Menacing ☐ Armed ☐ Assault on Officer ☐ Assault on Citizen ☐ Alcohol ☐ Mental ☐ DUII ☐ Drugs ☐ Foot Pursuit ☐ Vehicle Pursuit ☐ Family Dispute ☐ Neighbor Dispute ☐ Business Dispute ☐ Associated with Violence ☐ Past Violence ☐ Other:

| PHYSICAL FORCE USED: | DEFENSIVE SPRAY / TASER | IMPACT WEAPON / OTHER RESTRAINTS |
|---|---|---|
| ☐ Sankyo ☐ Control hold ☐ Wrist Lock | ☐ No. Times sprayed/Taser used: | ☐ ASP ☐ Straight Stick ☐ Beanbag |
| ☐ Pressure Point ☐ Kick ☐ Knee Strikes | ☐ Taser Serial #: | ☐ Other (Explain) |
| ☐ Fist Strike ☐ Hand Strike ☐ Palm Strike | Distance from Suspect: ☐ 1-3 ft ☐ 3-7 ft ☐ 7-15 ft ☐ 15-25 ☐ 25+ | Was Impact Weapon Effective: ☐ Yes ☐ No |
| ☐ Elbow Strike ☐ Carotid Restraint | Was Spray/Taser effective: ☐ Yes ☐ No | ☐ Hobble (Explain) |
| ☐ Other: | | |

**OFFICER INFORMATION:** ☒ Presence in Uniform  ☐ Plain Clothes  ☒ Display of Badge  ☐ Display of Police Identification  On Duty: ☒ Yes ☐ No

### Other Information:
- ☐ Parent/Guardian Notified  Date/Time:  ☐ By Phone ☐ In Person  Other Info:  Follow-up Needed: ☐ Yes ☐ No
- Reason for Contact  ☐ Call for Service  ☐ Traffic Stop  ☐ Other:  Probable Cause Exists ☐ Yes ☐ No
- Transported to: ☐ Detox Center ☐ Lane County Jail ☐ Hospital ☐ Other:  Transported by:

### Narrative:
Responded to a request of an armed subject threatening the caller with a weapon. Upon arrival, suspect was held at gun point w/ m-4 due to the distance he was from me. Compliant. Took into custody without incident. Ultimately ~~arrested~~ released w/o incident.

**EXHIBIT 4 Gilliam**

- **Officer Signature:** Daniel C. Miller
- **DPSST/ Badge #:** 40862/864
- **Date / Time Prepared:** 3/25/23 @ 2100
- **Approval Signature:** M LU  #800

# INCIDENT / CUSTODY
## Coburg Police Department

INCIDENT / CUSTODY ☐

**CASE#:** C20230045

91069 N. Willamette St.
Coburg, Oregon 97408
Office (541) 682-7853
Fax    (541) 485-0655

**Related#:** 20230163

**Related Report:**
☒ Incident   ☐ Custody   ☐ Supplemental   ☒ Use of Force   ☐ Accident
☐ Assault   ☐ DUII   ☐ Evidence   ☐ Other: _____

### Administrative Information:

| Incident Type & ORS Number: | Occurred Date/Time: | Reported Date/Time: | Investigated Date/Time: |
|---|---|---|---|
| MENACING | 03/25/2023 @ 1635 | 03/25/2023 @ 1635 | 03/25/2023 @ 1635 |

| Location: | City: | State: | Sector: |
|---|---|---|---|
| 91120 N. COLEMAN ST | COBURG | OR | 2 |

### Involved Person/Business Information:

| Inv Type: | Last Name, First, Middle: | Airs No: | Date of Birth: | Race: | Sex: |
|---|---|---|---|---|---|
| V/C | GAYLES, SIMON CLARK | N/A | 01/31/1983 | W | M |
| Address: 91120 N. COLEMAN ST | City: COBURG | State: OR | Zip: 97408 | Phone: ☐ RES ☒ CELL 541-790-3551 | |
| W | STRAUB, DAVID | N/A | 07/24/1971 | W | M |
| Address: 91117 N. COLEMAN ST | City: COBURG | State: OR | Zip: 97408 | Phone: ☐ RES ☒ CELL 541-579-8084 | |
| DEP | TRIMBOLI, TAYLOR J | N/A | N/A | W | M |
| Address: 125 E. 8TH AVE | City: EUGENE | State: OR | Zip: 97401 | Phone: ☐ RES ☐ CELL 541-682-3978 | |

### Arrested  Suspect  Missing Person  Juvenile  Information:

| Inv Type: | Last Name, First, Middle: | Airs No: | Date of Birth: | Race: | Sex: |
|---|---|---|---|---|---|
| S | GILLIAM, ADAM FREDRICK | N/A | 08/06/1973 | B | M |
| Address: 1072 MAIN STREET APT #307 | City: SPRINGFIELD | State: OR | Zip: 97477 | Phone: ☐ RES ☒ CELL 541-514-3840 | |

| Id/ Drivers License #: | State: | Height: 6'03" | Weight: 250 | Hair Color: BLACK | Eye Color: BROWN | Aka's: N/A |
|---|---|---|---|---|---|---|

**Detailed description, direction of travel, SMT, clothing or other info:**
DIALYSIS PORT ON LEFT FOREARM

### Vehicle Information:

| ☐ Stolen ☐ Suspect ☐ Victim ☐ Located ☐ Involved ☐ Towed | License Plate #: | Vehicle Identification Number: | Year: | Make: | Model: |
|---|---|---|---|---|---|
| Style: | Color: | Description/Damage/Other Information: | | | Value: |

| RO | Last Name, First, Middle: | | | Date of Birth: | Race: | Sex: |
|---|---|---|---|---|---|---|
| Address: | | City: | | State: | Zip: | Phone: ☐ RES ☐ CELL |

### Charges:   (PC=Probable Cause   W=Warrant   CLC=Citation in Lieu of Custody   CIT=Citation)

| Type: | Charge: | ORS/ORD #: | Warrant/Cite #: | Court: | ☐Bail | ☐Security: |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Officer Name/ Badge: | DPSST#: | Date & Time Prepared: | Approved by: | ID#: |
|---|---|---|---|---|
| Don Miller /864 | 40862 | 3/25/23 @ 2050 | M Lee | #860 |

Page 1 of 5

## INCIDENT/ CUSTODY REPORT
Coburg Police Department

**CASE#: C20230045**
Page 2 of 5

### Citizen Contact Information:

☐ **MISSING PERSON** ☐ **RUNAWAY:** I am declaring the above named person as missing or runaway. I am requesting the Coburg Police Department enter this person into the police computer as a missing person or runaway.

☐ **I DESIRE PROSECUTION, ARREST OR CLC OF THE PERSON NAMED ABOVE:** I desire the prosecution of the named person. I understand I may be called as a witness to testify against the person arrested. I am willing to sign this complaint form and testify against this person in court to ensure prosecution of the person named.

☐ **CITIZEN ARREST:** I have arrested this person and I am delivering him/her into the custody of the Coburg Police Department. I have been advised on the liability of this citizen arrest and the possible ramifications of initiating a false report according to ORS 162.375. I realize I may be called as a witness to testify against the person. I am willing to sign this complaints form to ensure prosecution of the person named above.

☐ **CONSENT TO SEARCH:** I am authorizing the Coburg Police Department representative to search my ☐ Residence ☐ Vehicle ☐ Person or ☐ Property as described below. I have been advised of my constitutional right not to have a search made without a search warrant. I also understand that I have a right to refuse this consent search at any time prior to or during this consent search. I also declare that I have a right to and I am authorized to exercise this consent search to the Junction City Police representative. I further state I have been made no promises of any kind by the representative and have not been forced or threatened to do so in any manner. I hereby give this written consent to search:

Describe Searched:

☐ **STOLEN PROPERTY:** I certify that the described ☐ property / ☐ vehicle have been stolen. I am the legal owner and/or responsible party of the property described, and thereby, can legally report it as stolen. I furthermore certify that the described property/ vehicle are not involved in any civil matter. I realize that making a false report could result in criminal charges, fines or imprisonment. I certify this to be a true statement. I also understand I am responsible for all towing and storage fees that may be incurred as a result.

| Print Name: | Signature: | Date/Time: |
|---|---|---|
|  |  |  |

### Other Information:

☐ Parent/Guardian Notified    Date/Time:    ☐ By Phone  ☐ In Person    Other Info:          Follow-up Needed: ☐ Yes ☐ No
Reason for Contact    ☐ Call for Service  ☐ Traffic Stop  ☐ Other:    Probable Cause Exists  ☐ Yes ☐ No
Transported to: ☐ Junction City Jail    ☐ Detox Center    ☐ Lane County Jail   ☐ Hospital    ☐ Other:    Transported by:

### Property Information:
(SP=Stolen Property  RP= Recovered Property  DP= Damaged Property)

| Type | Qty | Description: | Serial # | Value: |
|---|---|---|---|---|
| EV | 1 | **BODYCAM OF INCIDENT** |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **TOTAL:** |  |

### Narrative:

**SUMMARY**

On 3/25/2023, I responded to a report of an armed subject who was reported to be threatening a subject at 91120 N. Coleman Street. The subsequent investigation led to a report being taken from Simon Gayles and the detainment of Adam Gilliam. Probable cause was not able to be produced for the arrest of Gilliam for the reported menacing.

**ACTION TAKEN**

On 3/25/2023, at approximately 1635 hours, I was dispatched to a report of an armed subject who was reported to be threatening a subject at 91120 N. Coleman Street. Dispatch advised the complainant was not answering questions and was speaking at a whisper. After reviewing a mapping program on my phone, I determined Simon Gayles resides at the residence. I know Simon Gayles from several police contacts. It has been reported that Simon Gayles has been using illegal narcotics and is often in trouble with suppliers, due to lack of payment.

| Officer Name/ Badge: | Officer Signature: | Date Time Prepared: |
|---|---|---|
| Dan Miller/884 | Daniel C. Miller | 3/25/23 @ 2050 |

**INCIDENT/ CUSTODY REPORT**
Coburg Police Department

**CASE#: C20230045**
Page 3 of 5

Upon my arrival in the area, I staged several hundred yards to the south of the residence on N. Coleman, near the intersection with E. Lincoln Way. While staged, I could see a maroon in color Ford Explorer parked behind a silver in color Ford F-250 I know to belong to Gayles. At this time, I observed two male subjects speaking in the roadway, one subejct, a large framed black male, had something black in his hand. The other subject was a white male with a light colored baseball cap. The subjects were too far away for me to clearly see what the object was in the black male's hand. The subjects parted ways and the white male went to a neighboring residence, directly to the east of 91120 N. Coleman.

Due to the emergent nature of the call, I pulled my vehicle approximately one half of a block closer, and deployed my long rifle. Pointing it at the black male subject with the black object in his hand. I announced my presence and advised dispatch of the situation. Responding cover units were already en route. I had the male subject face away from me and go down to his knees while placing his hands over his head.

Upon the arrival of the first cover unit, Lane County Deputy Trimboli, he advanced to the passenger side of my patrol vehicle and drew his handgun. We continued to hold the subject at gunpoint until the arrival of a third officer. Deputy Trimboli spotted a black object on the ground, just to the east of where the subject was kneeling. This object was what I had seen upon my arrival in the subject's hand. I still could not see if it was or was not a weapon. Upon the arrival of the third officer, Deputy Trimboli and I walked forward while utilizing the patrol vehicle for cover. Once we were approximately 50 feet from the subject. I had him stand to his feet and walk backward to the sound of my voice. When he was approximately 25 feet away from us. I had the subject lift his shirt from the back of his shoulders, exposing his waist line to ensure there were no visible weapons. I called the subject backwards further still until he was approximately 10 feet in front of the cover officers. At this time, I gave directions for the subject to go back down to his knees. Cover officers moved up and detained the subject. A cursory search of the subject yeilded no weapons or means of escape.

Dispatch advised us that they still had the complainant on land line. I asked them to verify if the complainant was Simon Gayles. Dispatch confirmed that it was. I asked them to relay to Gayles to come out into N. Coleman Street with his hands raised. A short time later, a male subject whom I know to be Simon Gayles appeared in N. Coleman Street near the intersection with E. Mill Street. I gave commands to Gayles to walk towards us with his hands raised, as Deputy Trimboli and I advanced towards Gayles as well. As we passed the black object laying on the ground, I could see it was a black in color wallet. Gayles complied and he was detained. A cursory search was conducted for weapon and means of escape. No weapons or means of escape were found. Gayles began to tell us the suspect had arrived at the location due to Gayles owing the suspect's girlfriend money for a job he had not completed. Upon the suspect's arrival, Gayles told me he threatened his life and made affirtive movements, making Gayles think he had a gun.

I asked dispatch to notify my supervisor, Sgt. Lee, due to the high volume of law enforcement in the area so he would be aware of any questions the citizenry may have.

At this time, deputies and troopers responded to our location for cover and cleared the interior of 91120 N. Coleman. Sgt. Lee also arrived on scene.

Sgt. Lee and I escorted Simon Gayles back to my patrol vehicle to obtain his statement. After obtaining Gayles' contact and pertinent information, I asked for his statement. Gayles told me he had met the suspect's girlfriend, "Annie" quite some time ago through his ex-girlfriend. She approached Gayles about doing a flooring job and paid him $2,000 dollars up front. Gayles told me he collected the money and had never returned her phone calls, messages and/or any other attempts she had made to contact him. I asked Gayles why he didn't complete the job. Gayles told me he was unable to complete the job due to his schedule. Gayles went on to say that Annie's boyfriend, the black male suspect whom I had detained, had began to send him messages on facebook, which he had not returned.

Today, at approximately 1630 hours, Gayles was getting into his truck to leave when Annie's boyfriend, Adam Gilliam, pulled in behind his vehicle and confronted him. Gayles told me Gilliam said, "where's my girl's money." "Give me one reason I should let you live right now," said Gilliam. Gayles told me Gilliam was making affirtive movements towards his pockets while coming closer and closer to Gayles. Gayles told me he saw a "flash" in Gilliam's pockets which made him believe Gilliam was concealing a handgun in his pockets.

At this time, Gayles told me he ran inside the residence and locked himself in his step-mother's room and called 9-1-1 to report the incident. Gayles told me he was speaking softly so Gilliam didn't know where he was, as he was afraid for his life. While on the phone with 9-1-1, Gayles told me he could hear Gilliam speaking with his step-mother outside. Gayles

| Officer Name/ Badge: | Officer Signature: | Date Time Prepared: |
|---|---|---|
| Dan Miller /864 | Daniel C. Miller | 3/25/23 @ 2050 |

# INCIDENT/ CUSTODY REPORT
Coburg Police Department

**CASE#: C20230045**
Page 4 of 5

told me he left out of the front door and ran northbound on N. Coleman Street and then westbound on E. Mill, eventually hiding in a backyard until he was prompted by dispatch to show himself per my request. Gayles told me as he ran, Gilliam gave chase, loosing sight of him near the intersection of E. Mill and N. Coleman.

At this time, I went back to my patrol vehicle to speak with the suspect, Gilliam. Sgt. Lee stayed with Gayles.

I introduced myself to Gilliam and I had him step out of the Lane County Sheriff's patrol vehicle, which he had been seated in. Gilliam complained about his shoulders hurting. I added a second pair of handcuffs to Gilliam's wrists to alleviate the tension on his shoulders. At this time I obtained Gilliam's contact and pertinent information and asked him for his statement. Gilliam told me he had known Gayles for a long time knew he was needing money. Gilliam told me he offered Gayles a flooring job at his girlfriend, "Annie's" business called, "Collective Beauty Bar." Gilliam told me he paid Gayles $2,000 dollars up front and he had not heard anything from him since that day. Gilliam told me today, he came to Gayles residence to collect some money or something to hold as collateral.

At this time, I advised Gilliam of his Miranda Rights and I asked him if he understood. Gilliam told me he did. Gilliam told me he was upset with Gayles due to the lack of payment. I asked Gilliam if he had ever threatened Gayles and he told me he did not. I asked Gilliam if he had either displayed or threatened Gayles with a firearm and he told me he did not.

At this time, Gayles began screaming at me from the front of my patrol car that there was a tow truck at his residence reposessing his vehicle and asked to go address the issue. I had no authority to keep him away, as he was not a suspect in the incident. Gayles began screaming and ran up the road to his vehicle, leaving a "slide" sandal in the roadway.

I had Gilliam sit back in the patrol vehicle. I went back to the scene to attempt to interview witnesses. Upon my arriving back at the scene, I spoke to David Straub, resident of 91117 N. Coleman St. While speaking with Straub, a female subject began to come extremely close to us while I was conducting my interview. I could see she was filming with her cell phone. Sgt. Lee asked her to step back, but told her she could continue to film. The subject began to berate Sgt. Lee with constitutional rights and her beliefs.

Straub told me he was outside and heard Gayles and Gilliam in an argument. Straub told me he watched Gayles run from the scene northbound on N. Coleman Rd. I asked if he had heard Gilliam make any threats to Gayles and he told me he did not. I asked Straub if he had seen Gilliam chase Gayles and he told me Gilliam walked after Gayles quickly while Gayles ran away screaming, but Gilliam did not chase him. Straub told me, in fact, Gilliam spoke with him in the middle of the street regarding the lack of payment Gayles and Gilliam had told me about. Straub told me Gilliam appeared to be calm, while Gayles was acting extremely erratic. Straub went on to say that he asked Nancy Gayles, Simon Gayles' step mother, if everything was ok and she told him it was. I asked Straub if he had seen or heard mention of a gun and he told me he did not. I obtained Straub's contact information and thanked him for his statement.

Next, I attempted to contact Nancy Gayles without success. I then spoke to the female subject who was filming us and provided her with my business card and struck up a conversation with her to calm her down.

I advised Sgt. Lee of my findings and we determined that we no longer had probable cause for the arrest of Gilliam. We returned to the patrol car where Gilliam was sitting and I released him from handcuffs. I told him he was no longer detained and provided him with his sweatshirt, vehicle keys and cell phones which had been collected during the cursory search. I escorted Gilliam to his vehicle where he left without incident.

I provided Gayles with his wallet that Gilliam had been holding. Sgt. Lee and I stayed on scene while Gayles removed personal effects from his vehicle that was be reposessed. After Gayles' personal effects had been removed, Sgt. Lee and I cleared the scene.

**STATEMENTS**

See body of the report

**EVIDENCE**

Bodycam of Incident

| Officer Name/ Badge: | Officer Signature: | Date Time Prepared: |
|---|---|---|
| Ian Miller /864 | Ian C. Miller | 3/25/23 @ 2050 |

EXHIBIT D - PAGE 5

PLTF 0005

**INCIDENT/ CUSTODY REPORT**
Coburg Police Department

**CASE#: C20230045**
Page 5 of 5

ACTION RECOMMENDED

**Forward to City Prosecutor for review of possible Initiating a False Report. Attach Deputy Trimboli's report when received**

| Officer Name/ Badge: | Officer Signature: | Date Time Prepared: |
|---|---|---|
| Don Miller / 867 | Daniel C. Miller | 3/25/23 @ 2050 |