CASEY S. MURDOCK, OSB NO. 144914
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, & MCGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        Of Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ADAM GILLIAM, | Case No.: 6:25-cv-00492-AP |
| Plaintiff, | DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DANIEL C. MILLER, | |
| Defendant. | |

The Court heard oral argument on March 31, 2026 on Defendant's Motion for Summary Judgment. The Court authorized Defendant to file a supplemental brief regarding *Ctr. For Bio-Ethical Reform, Inc. v. Los Angeles County Sheriff Dep't.,* 533 F.3d 780 (9th Cir. 2008). Plaintiff may respond.

In that case, the court evaluated a 75-minute detention while officers were investigating whether a person driving a truck with offensive graphics near a school committed a crime. The court found that the initial stop was proper because it was supported by reasonable suspicion. *Id.* at 795. The court then re-affirmed *Sharpe*'s holding that no rigid time constraints exist. However, the duration for

Page 1 - **DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

the investigation was only legally permissible as long as necessary to examine the vehicle and run warrants. *Id.* The detention for investigating the penal code at-issue was baseless after four minutes. *Id.* at 795-96. Furthermore, the officers' justification for the delay based on waiting for supervisor review violated longstanding legal principles that officers are entrusted to know the law and they should not claim ignorance over whether certain conduct is illegal. *Id.* at 796.

The case is easily distinguishable. In our case, Sgt. Miller had multiple crimes he was investigating that required far more than simply looking at a vehicle and running warrants. He was securing the scene and conducting witness interviews (including potential witnesses) until his investigation concluded. Until the last interview occurred, where the bystander showed she was unaware of the underlying events, Sgt. Miller still had probable cause that a crime occurred based on Simon Gayles' report. *Any* evidence corroborating Gayles' version of events (such as Plaintiff holding Gayles wallet after admitting he arrived "upset" that his girlfriend's money was stolen) could have resulted in Plaintiff's arrest. Furthermore, Sgt. Miller did not attempt to "excuse" the delay by not knowing the law. He was simply confronted with two conflicting narratives, multiple witnesses, and needed time to conduct all necessary steps.

## CONCLUSION

The Court should grant summary judgment in favor of Sgt. Miller on all claims.

Dated this 6th day of April 2026.

/s/ Casey Murdock
Casey S. Murdock, OSB No. 144914
*Of Attorneys for Defendant*

Page 2 - **DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**:

Marianne G. Dugan
Civil Liberties Defense Center
1711 Willamette Street, Suite 301, #359
Eugene, OR 97401
mdugan@cldc.org

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by emailing said attorney a copy thereof, certified by me as such, addressed to said attorney at said attorney's last known email address as indicated above.

Dated this 6th day of April, 2026.

*/s/ Casey Murdock*
Casey S. Murdock, OSB No. 144914
*Of Attorneys for Defendant*

Page 3 - **DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**