Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR  97402
Telephone:  541-687-9180
        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ADAM GILLIAM,                                    Case No. 6:25-CV-00492-AP

              Plaintiff,

                                                 UNOPPOSED MOTION FOR EXTENSION
      v.                                         OF ALL COURT-ORDERED DEADLINES

DANIEL C. MILLER,

              Defendant.

Plaintiff respectfully requests that the Court extend all current court-ordered deadlines in this case by one month. Defendant does not oppose this request. The parties have been discussing the potential for settlement, and therefore request postponement of current dates in the interest of judicial efficiency and reducing increased attorney time and expenses.

Respectfully submitted June 29, 2026.

                          /s/  Marianne Dugan
                        Ms. Marianne Dugan (she/her)
                        OSB # 932563
                        Email:  mdugan@cldc.org

                        CIVIL LIBERTIES DEFENSE CENTER
                        1711 Willamette Street Ste 301 # 359
                        Eugene, OR  97402
                        Telephone:   541-687-9180

PAGE  1  - UNOPPOSED MOTION FOR EXTENSION OF COURT-ORDERED DEADLINES