CASEY S. MURDOCK, OSB NO. 144914
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, & MCGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Telephone:   (541) 779-2333
Facsimile:   (541) 779-6379
     Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ADAM GILLIAM,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL MILLER,<br><br>     Defendant. | Case No.:  6:25-cv-00492-MTK<br><br>**STIPULATION FOR DISMISSAL** |

     The parties stipulate that the above-entitled action may be dismissed with prejudice and without costs or attorney fees to any party.

Dated this 15th day of July 2026.

_____
Marianne Dugan, OSB No. 932563
*Of Attorneys for Plaintiff*

Dated this 15 day of July 2026.

     */s/ Casey Murdock*
     Casey S. Murdock, OSB No. 144914
     *Of Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **STIPULATION FOR DISMISSAL:**

Marianne G. Dugan
Civil Liberties Defense Center
1711 Willamette Street, Suite 301, #359
Eugene, OR 97401
mdugan@cldc.org

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☒    by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by emailing said attorney a copy thereof, certified by me as such, addressed to said attorney at said attorney's last known email address as indicated above.

Dated this 15th day of July 2026.

/s/ Casey Murdock
Casey S. Murdock, OSB No. 144914
*Of Attorneys for Defendant*