CASEY S. MURDOCK, OSB NO. 144914
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, & MCGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Telephone:   (541) 779-2333
Facsimile:   (541) 779-6379
        Of Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| ADAM GILLIAM,<br><br>                    Plaintiff,<br><br>     v.<br><br>DANIEL MILLER,<br><br>                              Defendant. | Case No.:  6:25-cv-00492-MTK<br><br><br>**GENERAL JUDGMENT OF DISMISSAL** |

Based on the stipulation of the parties, this matter is hereby dismissed with prejudice and without costs or fees award to either party.

Dated this _____ day of _____, 2026.

_____

Submitted by:
Casey S. Murdock, OSB No. 144914
murdock@fdfirm.com
*Of Attorneys for Defendant*

Page 1 – **GENERAL JUDGMENT OF DISMISSAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **GENERAL JUDGMENT OF DISMISSAL:**

> Marianne G. Dugan
> Civil Liberties Defense Center
> 1711 Willamette Street, Suite 301, #359
> Eugene, OR 97401
> mdugan@cldc.org

☒     by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐     by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒     by emailing said attorney a copy thereof, certified by me as such, addressed to said attorney at said attorney's last known email address as indicated above.

Dated this 15th day of July 2026.


/s/ Casey Murdock
Casey S. Murdock, OSB No. 144914
*Of Attorneys for Defendant*