CASEY S. MURDOCK, OSB NO. 144914
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, & MCGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Telephone:  (541) 779-2333
Facsimile:   (541) 779-6379
        Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ADAM GILLIAM,<br><br>              Plaintiff,<br><br>    v.<br><br>DANIEL C. MILLER,<br><br>              Defendant. | Case No.:  6:25-cv-00492-AP<br><br>**GENERAL JUDGMENT OF DISMISSAL** |

Based on the stipulation of the parties, this matter is hereby dismissed with prejudice and without costs or fees award to either party.

Dated this 16th day of    July    , 2026.


                                          /s/Amy E. Potter
                                          Amy E. Potter
                                          U.S. Magistrate Judge


Submitted by:
Casey S. Murdock, OSB No. 144914
murdock@fdfirm.com
*Of Attorneys for Defendant*


Page 1 – **GENERAL JUDGMENT OF DISMISSAL**